IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JESUS PEOPLE U.S.A. COVENANT CHURCH,

        Plaintiff,

    v.                                                  Civil No. 17-cv-179

JOHN F. KELLY,[1] Secretary of the
Department of Homeland Security, *et al.*,

        Defendants.

## DEFENDANTS' ANSWER TO PLAINTIFF'S
## COMPLAINT FOR DECLARATORY RELIEF

Defendants provide the following responses to Plaintiff's averments in his Complaint for Declaratory Relief:

1.     Admit.

2.     The allegations in this paragraph are characterizations of this action and the relief sought, which require no response. If the Court requires a response, Defendants deny.

### Jurisdiction and Venue

3.     The allegations in this paragraph state legal conclusions relating to jurisdiction, which require no response.

4.     The allegations in this paragraph are characterizations of this action and legal conclusions, which require no response. If the Court requires a response, Defendants deny that the cited authorities are applicable to this action.

---

[1] John F. Kelly assumed duties as Secretary of the Department of Homeland Security, automatically substituting for Jeh Johnson, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

5. The allegations in this paragraph state legal conclusions relating to venue, which require no response. If the Court requires a response, Defendants deny that venue has been properly established or that the cited statute at 28 U.S.C. § 1391(e)(3) exists.

**The Parties**

6. Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph and on that basis, deny.

7. Defendants state that John F. Kelly is the current Secretary of the Department of Homeland Security. Defendants admit that Secretary Kelly shares responsibility for administration and enforcement of the Immigration and Nationality Act.

8. Defendants state that James McCament is the current Acting Director of the U.S. Citizenship and Immigration Services ("USCIS"). Defendants admit that Acting Director James McCament is responsible for administration of USCIS and shares responsibility for the administration and enforcement of the Immigration and Nationality Act.

9. Defendants state that Jefferson B. Sessions III is the current Attorney General of the United States and admit that he is the head of the U.S. Department of Justice.

10. No allegations are pleaded in Paragraph 10 of the complaint.

**Immigration Law Framework**

11. The allegations in this paragraph are characterizations of this action and legal conclusions to which no response is required. If the Court requires a response, Defendants state that the cited authority speaks for itself.

12. The allegations in this paragraph are restatement of legal authorities that speak for themselves and require no response.

13. The allegations in this paragraph are characterizations of this action and legal conclusions to which no response is required. If the Court requires a response, Defendants state that the cited authority speaks for itself.

14. Defendants deny that there exists an "Immigration Act" but admit that there is an Immigration and Nationality Act. Defendants state that the cited authority speaks for itself and requires no response. The remaining allegations of this paragraph are characterizations of this action and legal conclusions to which no response is required. If the Court requires a response, Defendants deny.

## **Facts**

15. No allegations were pleaded in Paragraph 15 of the complaint.

16. No allegations were pleaded in Paragraph 16 of the complaint.

17. Admit.

18. Defendants admit that a Request for Evidence ("RFE") was sent to Plaintiff on March 26, 2016. The remaining allegations in this paragraph are characterizations of documents contained in the record that speak for themselves.

19. Defendants deny that Plaintiff responded to the RFE on June 18, 2016, but admit that USCIS received a response on May 31, 2016. The remaining allegations in this paragraph are characterizations of documents contained in the record that speak for themselves.

20. Admit.

21. The allegations in this paragraph are characterizations of documents contained in the record to which no response is required. If the Court requires a response, Defendants state that the cited document speaks for itself.

22. Defendants admit that Plaintiff filed a motion on October 26, 2016, receipt number WAC=17-900-43179, which was dismissed on November 9, 2016. The remaining allegations in this paragraph are characterizations of documents contained in the record that speak for themselves.

23. The allegations in this paragraph are characterizations of this action and legal conclusions to which no response is required. If the Court requires a response, Defendants state that the cited authority speaks for itself.

24. The allegations in this paragraph are characterizations of this action and legal conclusions to which no response is required. If the Court requires a response, Defendants state that the cited authority speaks for itself.

## Causes of Action

25. Defendants incorporate by reference paragraphs 1 through 24 of this answer as if fully set forth herein.

26. Defendants deny that the Administrative Appeals Office ("AAO") issued a decision that is being contested in this action. Defendants deny the remaining allegations in this paragraph.

27. This paragraph contains only a restatement of a legal authority that speaks for itself and requires no response.

28. Defendants deny the allegations in this paragraph.

29. Defendants deny the allegations in this paragraph.

30. Defendants deny the allegations in this paragraph.

31. Defendants deny the allegations in this paragraph.

The remainder of Plaintiff's complaint contains his prayer for relief, which requires no response. Defendants note that Plaintiff is entitled to no relief.

Dated: April 12, 2017

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

WILLIAM C. SILVIS
Assistant Director

s/ Stacey I. Young
STACEY I. YOUNG
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 2004
Phone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

*Attorneys for Defendants*